■ In the Matter of TIMIA G.C. and Another, Infants. AL-LEGANY COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; EUNICE M.C., Appellant. (Appeal No. 1.) [817 NYS2d 562]—Appeal from an order of the Family Court, Allegany County (Thomas P. Brown, J.), entered August 17, 2005 in a proceeding pursuant to Social Services Law § 384-b. The order adjudged that respondent permanently neglected the two children.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (see Matter of Roy D., 207 AD2d 958, 958-959 [1994]). Present—Pigott, Jr., P.J., Scudder, Gorski, Martoche and Hayes, JJ.

■ In the Matter of TIMIA G.C. and Another, Infants. AL-LEGANY COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; EUNICE M.C., Appellant. (Appeal No. 2.) [817 NYS2d 573]—Appeal from an order of the Family Court, Allegany County (Thomas P. Brown, J.), entered August 17, 2005 in a proceeding pursuant to Social Services Law § 384-b. The order, insofar as appealed from, terminated respondent's parental rights, adjudged that the two children are permanently neglected, committed their guardianship and custody to petitioner, and freed them for adoption.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Pigott, Jr., P.J., Scudder, Gorski, Martoche and Hayes, JJ.